UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

### CASE NO: 2:13-CV-14331-JEM

NATHANIEL HARRIS,

               Plaintiff,

v.

PERFORMANT RECOVERY, INC.;
and DOES 1 through 10, inclusive

               Defendants.

_____/

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff Nathaniel Harris, by his undersigned counsel, and Defendant Performant

Recovery, Inc., by its undersigned counsel, hereby stipulate to the dismissal of this action

without prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party bearing his or its own

attorneys' fees and costs.

Respectfully submitted,

*/s/ Benjamin H. Crumley*
Benjamin H. Crumley
Florida Bar No.: 18284
Crumley & Wolfe, P.A.
2254 Riverside Avenue
Jacksonville, FL 32204
Telephone (904) 374-0111
Facsimile (904) 374-0113
Email: ben@cwbfl.com
*Attorney for Plaintiff,*
*Nathaniel Harris*

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No.: 110108
Mary Grace Dyleski
Florida Bar No.: 143383
Urban, Thier, Federer & Chinnery, P.A.
200 S. Orange Avenue, Suite 2000
Orlando, FL 32801
Telephone (407) 245-8352
Facsimile (407) 245-8361
Email: kohlmyer@urbanthier.com
Email: Dyleski@urbanthier.com
*Attorneys for Defendant,*
*Performant Recovery, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**CASE NO: 2:13-CV-14331-JEM**

NATHANIEL HARRIS,

                Plaintiff,

v.

PERFORMANT RECOVERY, INC.;
and DOES 1 through 10, inclusive

                Defendants.

_____/

## CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on

**July 31, 2014**, via the Court Clerk's CM/ECF system which will provide notice to the

following:

| | |
|---|---|
| Ernest H. Kohlmyer, III, Esq. | Mary Grace Dyleski, Esq. |
| Urban, Thier, Federer & Chinnery, P.A. | Urban, Thier, Federer & Chinnery, P.A. |
| 200 S. Orange Avenue | 200 S. Orange Avenue |
| Suite 2000 | Suite 2000 |
| Orlando, FL 32801 | Orlando, FL 32801 |
| Email:  kohlmyer@urbanthier.com | Email: Dyleski@urbanthier.com |

                                     Respectfully submitted,

                                     */s/ Benjamin H. Crumley*
                                     Benjamin H. Crumley
                                     Florida Bar No.: 18284
                                     Crumley & Wolfe. P.A.
                                     2254 Riverside Ave.
                                     Jacksonville, FL 32204
                                     Telephone (904) 374-0111
                                     Facsimile (904) 374-0113
                                     Email: ben@cwbfl.com
                                     *Attorney for Plaintiff,*
                                     *Nathaniel Harris*